1
2
3
4
5                        UNITED STATES DISTRICT COURT
6                          EASTERN DISTRICT OF CALIFORNIA

7   DENNIS LEON-RIVERA,                    )    1:07-cv-00823-OWW-TAG HC
                                           )
8                     Petitioner,          )
                                           )    ORDER GRANTING IN FORMA PAUPERIS
9        v.                                )    STATUS
                                           )
10  DENNIS SMITH, Warden, et al.,          )
                                           )
11                    Respondents.         )
                                           )
12  _____)

13
14        Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus

15  pursuant to 28 U.S.C. § 2241.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to

16  proceed *in forma pauperis*.  The petition will be screened in due course.

17
18  IT IS SO ORDERED.

19  Dated:   **June 14, 2007**                        ____**/s/ Theresa A. Goldner**_____
    _____                                            UNITED STATES MAGISTRATE JUDGE
20
21
22
23
24
25
26
27
28